IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MICHAEL LEE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 9:21-CV-00278 JUDGE MICHAEL J. TRUNCALE |
| VS. | § § | |
| SHAW BUTANE, INC., | § § § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the Plaintiff's Notice of Rule 41 Dismissal Without Prejudice. [Dkt. 81]. The Plaintiff is seeking a dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). To the extent that the Plaintiff's dismissal is not yet in effect, the above-styled action is hereby dismissed with prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorneys' fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby vacated, and that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 10th day of May, 2022.**

*(signature)*
Michael J. Truncale
United States District Judge